UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYRONE ELLIS
ADC #149250                                                                                           PLAINTIFF

v.                                        4:25-cv-01218-JM-JJV

D. RILEY, Commissary Staff,
Larry B. Norris Unit                                                                                  DEFENDANT

## ORDER

On December 1, 2025, the Court denied Plaintiff permission to proceed *in forma pauperis* because he has accumulated three strikes under 28 U.S.C. § 1915(g) and the allegations in his *pro se* Complaint do not satisfy the imminent danger exception contained in that statute. (Docs. 2, 3.) The Court then gave Plaintiff twenty-one days to pay the $405 filing fee in full and cautioned him this case would be dismissed if he failed to timely do so. (*Id.*) Plaintiff has not complied with that Order, and the time to do so is passed. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, ORDERED THAT the Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 6th day of January 2026.

_____
UNITED STATES DISTRICT JUDGE