**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TYRONE ELLIS
ADC #149250                                                                    PLAINTIFF

v.                                        4:25-cv-01218-JM-JJV

D. RILEY, Commissary Staff,
Larry B. Norris Unit                                                         DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITHOUT PREJUDICE, and this case is CLOSED.  It is certified that an *in forma pauperis*

appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 6th day of January 2026.


_____
UNITED STATES DISTRICT JUDGE